*NEW CASE ON APPEAL*

*CASE NO: MB1475028H*
*NAME : EVERETT,BURTON*

*LIZ MATZ, CLERK*
*COURT OF APPEALS FOR THE*
*FIFTH SUPREME JUDICIAL DISTRICT*
*OF TEXAS, DALLAS TEXAS*

*By: Rowe M. Ramos*
*Deputy Clerk*
*214-653-5753*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/16/2015 10:15:37 AM
LISA MATZ
Clerk

Cause No.   MB14-75028

| | | |
|---|---|---|
| EVERETT BURTON<br>Appellant | )<br>)<br>) | IN THE COUNTY |
| | )<br>) | CRIMINAL COURT NO. 7 |
| | )<br>) | |
| THE STATE OF TEXAS<br>Appellee | )<br>) | DALLAS COUNTY, TEXAS |

## NOTICE OF APPEAL

Comes now,      EVERETT BURTON,      the Defendant in this Cause, having

been convicted on October 29th, 2015  of Abuse of a Corpse, after a jury trial on the merits

and having been sentenced to 9 days confinement and a $0 fine hereby gives notice of appeal.

SIGNED THIS 19th day of November , 2015.

ELISSA M. WEV
Assistant Public Defender
133 N. Riverfront Blvd., LB2
Dallas, TX 75207
(214) 653 – 3565
State Bar No. 24084591

ATTORNEY FOR DEFENDANT

Trial Court No. M14-75028-H  Criminal Court #7

VS.         In the

BURTON, EVERETT KONDWANI  of Dallas County, Texas

## DOCKETING CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS

The Records of my office show that:

(1) The Defendant named above was convicted in this court of the offense of:

**ABUSE CORPSE**

(2) The Honorable **ELIZABETH CROWDER** presided at the trial.

(3) The state is represented by BRANDON WADDELL

(4) The Defendant is represented by: ELISSA WEV(Name & Address) 133 N. Riverfront Blvd., LB2 Dallas, TX 75207  214-653-3565

(5) Defendant's Counsel was:Retained ☐ Appointed ☒ Pro Se☐

(6) The sentence imposed was 9 days in Dallas County jail with 3 days back time credit.

(7) The sentence did ☐ did not ☒ follow a plea bargain after a plea of guilty or no contest was entered before the court.

(8) The sentence was imposed or suspended on 10/29/2015. (date)

(9) A motion for new trial was ☐(date ) was not ☒ filed.

(10) The date notice of appeal given:11/19/2015

(11) Defendant is in jail ☐ or on $ bond.

(12) Defendant has ☐ has not ☒ been declared unable to pay costs.

**(13)** The court reporter who reported the evidence was: **Trashuna Saleem**

(14) **(Name & Address) 133 N. RIVERFRONT, Dallas, TX  75207**

If two or more cases were tried together (same defendant) list case numbers only:N/A. If companion case, list docket number & defendant's name:N/A

(15) (Note: Send separate certificate for each case appealed

Witness my hand this 23rd DAY OF November 2015

_signature_

JOHN F. WARREN, COUNTY CLERK

Deputy Clerk of the County Criminal Court #7

Of Dallas County, Texas

By: Jennifer Skinner  Deputy

Cause No. MA14-75028

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| VS. | § | COURT NUMBER ___ |
| Everett Burton | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____        10-29-2015
Judge                            Date Signed

    I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        _____
Defendant                        Defendant's Counsel
Mailing Address: 919 S. Weatherred    State Bar No.: 24084591
Richardson TX 75080               Mailing Address:
Telephone #: 214-283-9369
Fax # (if any):                   Telephone #:
                                  Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 1/2012